# UNITED STATES BANKRUPTCY COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA

IN RE:

JOSEPH DEAN ANGLE and                      CASE NO. 02-16868-MAM
JENNIFER KRISTEN ANGLE,                   Chapter 7

    Debtors.

_____

JOSEPH DEAN ANGLE and
JENNIFER KRISTEN ANGLE,
individually and on behalf of
all others similarly situated,

    Plaintiffs,

vs.                                                                   Adversary No. 06-01167

BANK ONE, NATIONAL ASSOCIATION,

    Defendant.

## REPORT AND RECOMMENDATION FOR FINAL APPROVAL OF
## SETTLEMENT AND CERTIFICATION OF CLASS FOR SETTLEMENT PURPOSES

Upon review and consideration of the Stipulation and Agreement of Settlement and Compromise ("Settlement "Agreement") filed herein, the Fairness Hearing held on January 20, 2011, the memoranda, submissions and arguments of counsel, the record in this case and the lack of any objections to the Settlement; upon the application of Plaintiffs and the Class, and good cause appearing, this Court REPORTS and RECOMMENDS to the District Court as follows:

    1.      The Motion should be granted, so that the terms of the Settlement Agreement, and the settlement provided for therein, will be approved as fair, reasonable and adequate; and

2. The District Court should issue an Order substantially in the form of the Final Judgment and Order attached hereto as Exhibit 1.

Dated: January 21, 2011

/s/ Margaret A. Mahoney
MARGARET A. MAHONEY
CHIEF U.S. BANKRUPTCY JUDGE